UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
04 AUG 12 PM 3:34

Danita Navy

**NAME OF PLAINTIFF(s)**

V.

Case No. 3:04-CV-468-S

Waffle House
Moody Lane
LaGrange, Ky 40031

**NAME OF DEFENDANT(s)**

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. section 2000e-5. Equitable and other relief are also sought under 42 U.S.C. section 2000e-5(g).

2. Plaintiff, __Danita Roxann Navy__ is a citizen of the United States and resides at __330 Banks Rd__
address
__Guston__, __Meade__, __Kentucky__
city      county      state
__40142__, __270-547-8944__
zip code    telephone number

(If more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, **Pricilla Williams**, lives at, or is business is located at **She is the Manager of Waffle House That Know the Truth About This.**
   street address
   city **LaGrange**   county **Oldham**   state **Kentucky**
   **40031**
   zip code

(if more than one defendant, provide the same information for each defendant below)

**Christina Miller**
**Tracie Barnett.**

_____

_____

_____

_____

4. Plaintiff sought employment from the defendant or was employed by the defendant at **Moody Lane Waffle House**, **LaGrange**,
   street address                          city
   **Oldham**, **Kentucky**, **40031**.
   county      state        zip code

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 8-9 of this complaint on or about _____, _____, _____.
   day   month   year

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging the defendant with the acts of discrimination indicated in paragraphs 8-9 of this complaint on or about **15**, **Dec.**,
   day   month
   **2003**.
   year

7. The Equal Employment Opportunity Commission or the U.S. Department of Justice issued a Notice of Right to Sue which was received by plaintiff on **25**, **May**,
   day   month
   **04**, a copy of which notice is attacked to this complaint.
   year

8. Because of plaintiff's (1) _BLK_ race, (2) ____color, (3) _FM_ sex, (4) ____religion, (5)____ national origin, the defendant

    (a) ____ failed to employ plaintiff.

    (b) _X_ terminated plaintiff's employment.

    (c) ____ failed to promote plaintiff.

    (d) ____ retaliated against plaintiff for having filed a charge of discrimination.

    (e) ____ other: explain:_____

9. The circumstances under which defendant discriminated against plaintiff were as follows: All i WAS doing was trying to Help a friend the Manger Witness the whole deal. something when wrong but Not Like the way is said. I wasn't Giving a Fair Fight for my Right.

P.S. They're wrong under Company Policy I will fight for my right and Everyone eles too.

_Hantia Nany_

I Can Explain More when Needed.

(you may use additional paper, if necessary)

10. The acts set forth in paragraph 8 of this complaint

      (a) \_\_\_\_are still being committed by defendant.

      (b) \_\_\_\_are no longer being committed by defendant.

      (c) \_\_\_\_may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

      (a) \_\_\_\_defendant be directed to employ plaintiff, or

      (b) \_\_\_\_defendant be directed to re-employ plaintiff, or

      (c) \_\_\_\_defendant be directed to promote plaintiff, or

      (d) \_\_\_\_defendant be directed to _____

_____

_____

_____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

12. Trial by jury _____yes   _____no.

*/s/ Juanita Davis* 8/12/04

_____

_____

(signature of plaintiff (s) )